Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 05–53709–MS
                                      Chapter:  7
                                      Judge:  Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammad Rahami
   104 Elmora Avenue
   Elizabeth, NJ 07202

Social Security No.:
   xxx–xx–1008

Employer's Tax I.D. No.:

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Barbara Edwards is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is DISCHARGED .

Dated: <u>March 2, 2006</u>               <u>Morris Stern</u>
                                        Judge, United States Bankruptcy Court